JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL HUTCHINS<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL GARDEN & PET COMPANY, et al.,<br><br>Defendants. | Case No. 2:20-cv-03008-RGK-JEMx<br><br>Hon. Judge R. Gary Klausner<br><br>**[~~PROPOSED~~] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: 02/19/2020<br>Trial Date: None Set |

**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: May 18, 2020

_____
Honorable R. Gary Klausner
United States District Court Judge